THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: May 19, 2016



Susan V. Kelley
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re
Alma M Searcy and
Charles Searcy,
          Debtors.

Chapter 13
Case No. 15−23692−svk

## ORDER DISMISSING CASE

The Chapter 13 Trustee has certified that the Debtors have defaulted on a Court order requiring the Debtors to make certain payments to the Trustee.

IT IS THEREFORE ORDERED: the Debtors' case is dismissed, effective immediately.

####